**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Shawn Lockridge, Karen Manco, Michael E. Habel and Darlene Rivera-Nieves, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>Professional Claims Bureau, Inc.,<br>Defendant. | **ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**<br><br>Docket No: 2:17-cv-02564-ADS-ARL |

TO:   DOUGLAS C. PALMER
       UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK

Plaintiffs Shawn Lockridge, Karen Manco, Michael E. Habel and Darlene Rivera-Nieves accept Defendant's Offer of Judgment as annexed hereto, and requests that the Clerk enter Judgment in accordance with the annexed proposed judgment.

Dated: August 2, 2018

                                        **BARSHAY SANDERS, PLLC**

                                        By:   /s *David M. Barshay*
                                        David M. Barshay
                                        100 Garden City Plaza, Suite 500
                                        Garden City, New York 11530
                                        Tel. (516) 203-7600
                                        Email: *ConsumerRights@BarshaySanders.com*
                                        Our File No: 111367
                                        *Attorneys for Plaintiff*

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHAWN LOCKRIDGE, KAREN MANCO,
MICHAEL E. HABEL, DARLENE
RIVERA-NIEVES,

                               Plaintiffs                    **OFFER OF JUDGMENT**
                                                                         17-cv-02564

       -against-

PROFESSIONAL CLAIMS BUREAU, INC.

                               Defendant.
------------------------------------------------------------x

      Defendant, PROFESSIONAL CLAIMS BUREAU, INC., in the above-entitled action, offers to allow judgment to be taken against it by plaintiffs for $4,004.00, plus costs accrued to this date and attorney fees in an amount to be decided by the Court. The attorney fee application is to be made within 45 days of acceptance of this Offer of Judgment. This offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure and evidence of this offer is not admissible, except in a proceeding to determine costs. If this offer is not accepted in writing within fourteen (14) days after it is served, it shall be deemed withdrawn.

Dated: New City, New York
          August 2, 2018

                                                  ARTHUR SANDERS, ESQ. (AS1210)
                                                  BARRON & NEWBURGER, P.C.
                                                  *Attorneys for defendant*
                                                  30 South Main Street
                                                  New City, New York 10956
                                                  (845)499-2990

TO:  DAVID M. BARSHAY, ESQ.
       CRAIG SANDERS, ESQ.
       BARSHAY SANDERS, PLLC
       *Attorneys for plaintiffs*
       100 Garden City Plaza, Suite 500
       Garden City, New York 11530
       (516)203-7600

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this August 2, 2018 caused to be served via ECF a true and correct copy of the above and foregoing on all parties.

                                                By:   /s *David M. Barshay*
                                                David M. Barshay

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530