**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Shawn Lockridge, Karen Manco, Michael E. Habel and Darlene Rivera-Nieves, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

Professional Claims Bureau, Inc.,
                Defendant.

**ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

Docket No: 2:17-cv-02564-ADS-ARL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 03 2018 ★
LONG ISLAND OFFICE

TO:    DOUGLAS C. PALMER
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF NEW YORK

Plaintiffs Shawn Lockridge, Karen Manco, Michael E. Habel and Darlene Rivera-Nieves accept Defendant's Offer of Judgment as annexed hereto, and requests that the Clerk enter Judgment in accordance with the annexed proposed judgment.

Dated: August 2, 2018

                            **BARSHAY SANDERS, PLLC**

                            By: __/s David M. Barshay__
                            David M. Barshay
                            100 Garden City Plaza, Suite 500
                            Garden City, New York 11530
                            Tel. (516) 203-7600
                            Email: *ConsumerRights@BarshaySanders.com*
                            Our File No: 111367
                            *Attorneys for Plaintiff*

SO ORDERED: The Clerk of the Court is directed to close the case.

*s/ Arthur D. Spatt*

_____                           8/3/18
Arthur D. Spatt, U.S.D.J.                                  _____
                                                                           Date

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530