UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Shawn Lockridge, Karen Manco, Michael E. Habel and Darlene Rivera-Nieves, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

Professional Claims Bureau, Inc.,
                Defendant.

**JUDGMENT**

Docket No: 2:17-cv-02564-ADS-ARL

      Defendant, Professional Claims Bureau, Inc. having offered judgment against itself pursuant to FRCP 68 in the sum of $4,004.00 plus costs of $481.00 and attorney's fees in an amount to be set by the court, and Plaintiff having accepted said offer of judgment, it is

      **ORDERED AND ADJUDGED** that Plaintiff Shawn Lockridge, Karen Manco, Michael E. Habel and Darlene Rivera-Nieves, individually and on behalf of all others similarly situated recover from Defendant Professional Claims Bureau, Inc. the principal amount of $4,004.00, plus costs of $481.00 and attorney's fees in an amount to be set by the court; and that this case is closed.

Dated: Central Islip, New York
       8/3/2018

                                              DOUGLAS C. PALMER
                                              CLERK OF COURT

                                              */s/ Chelsea Tirado*
                                              Deputy Clerk